

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Maria Ulloa fka Maria Gomez, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC dba Cardenas, a foreign limited liability company; Doe Manager, individually; Does I-X; and Roe Corporations I-X, inclusive<br><br>Defendant. | Case No.: 2:22-cv-00213<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:22-cv-00213, each to bear their own fees and costs. No trial date was scheduled.

| WILSON ELSER | The Ruiz Law Firm |
|---|---|
| /s/Michael Lowry | /s/ Nickolas S. Giorgione |
| Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>Attorneys for Cardenas Markets, LLC | Nickolas S. Giorgione, Esq.<br>Nevada Bar No. 14370<br>Attorneys for Plaintiff |

IT IS SO ORDERED. DATED: October 21, 2022

_____
U.S. DISTRICT JUDGE

276151667v.1